United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00694-JAW
Christie Joyce Bennett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: May 14, 2025      Form ID: n031      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christie Joyce Bennett, 1146 S Main St., Forest, MS 39074-9425 |
| 5486333 | + | Bison Cash, PO BOx 654, Santa Ysabel, CA 92070-0654 |
| 5486337 | | Cascade Spings Credit, 27565 Research Park Dr, Mission, SD 57555 |
| 5486340 | + | Colvin Consulting, PO Box 443, Buffalo, NY 14207-0443 |
| 5486344 | + | ELoan Warehouse, 183 Montgomery Ave, Oxnard, CA 93036-1007 |
| 5486348 | + | Great Plains Lending, Attn: Customer Support, 2274 S 1300 East, Ste G-15 3374, Salt Lake Cit, UT 84106-2814 |
| 5486351 | + | Lackey Memorial Hospit, 330 N Broad St, Forest, MS 39074-3508 |
| 5486352 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5486355 | + | Makwa Finance, P.O. Box 843, Lac Du Flambe, WI 54538-0843 |
| 5486357 | + | My Funding Choices, 1601 GA Hwy 40 E, Ste M 247, Kingsland, GA 31548-6500 |
| 5486361 | + | Plain Green Loan, Attn: Customer Support, PO Box 270, Box Elder, MT 59521-0270 |
| 5486364 | + | Prosper Funding, Llc, Attn: Bankruptcy Dept, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 5486367 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |
| 5486373 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |
| 5486374 | + | Valley Strong Credit U, PO Box 2307, Bakersfield, CA 93303-2307 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486331 | | Email/Text: accountresolution@ascendloans.com | May 14 2025 19:25:00 | Ascend Loans, 635 Easy Hwy 20, Upper Lake, CA 95485 |
| 5486330 | + | Email/Text: bnc@teampurpose.com | May 14 2025 19:25:00 | Advance America, 750 Shipyard Dr, Ste 300, Wilmington, DE 19801-5159 |
| 5486332 | | Email/Text: bankruptcy@bigpictureloans.com | May 14 2025 19:25:00 | Big Picture Loans, P.O. Box 704, Watersmeet, MI 49969 |
| 5486334 | + | Email/Text: samantha.brucker@phfsgroup.com | May 14 2025 19:25:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5486335 | + | Email/Text: customerservice@brightlending.com | May 14 2025 19:25:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5486339 | | Email/Text: accountmanagement@clearairlending.com | May 14 2025 19:25:00 | Clear Air Lending, PO Box 1429, Nice, CA 95464 |
| 5486343 | | Email/Text: bankruptcy_filings@creditninja.com | May 14 2025 19:25:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5486336 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2025 19:29:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5486338 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 14 2025 19:26:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 5486341 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 14 2025 19:26:00 | Concora Credit, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5486345 | ^ | MEBN | May 14 2025 19:23:20 | Explore Credit, P.O. Box 260269, Atlanta, GA 31126-0269 |
| 5486347 | | Email/Text: mfitzgerald@accfinllc.com | May 14 2025 19:25:00 | Get Green 123, 6360 NW 5th Way, Suite 200, Fort Lauderda, FL 33309 |
| 5486346 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 14 2025 19:26:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5486349 | + | Email/Text: accountservices@greenlineloans.com | May 14 2025 19:25:00 | Greenline Loans, P.O. Box 507, Hays, MT 59527-0507 |
| 5504548 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2025 19:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5486350 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2025 19:25:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5486371 | | Email/Text: Bankruptcy@Todaycash.com | May 14 2025 19:25:00 | Today Cash, P.O. Box 808, Keshena, WI 54135 |
| 5496618 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 19:30:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5486353 | + | Email/Text: mail@ldf-holdings.com | May 14 2025 19:25:00 | Lendumo, P.O. Box 542, Lac Du Flambe, WI 54538-0542 |
| 5486354 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 19:29:57 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5486356 | | Email/Text: ml-ebn@missionlane.com | May 14 2025 19:25:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5486368 | | Email/Text: info@sunshineloans.com | May 14 2025 19:25:00 | Sunshine Loans, 631 Lucerne Ave, Ste 56, Lake Worth, FL 33460 |
| 5486358 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 14 2025 19:25:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5486359 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2025 19:29:52 | Ollo Bank, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 5486360 | + | Email/PDF: cbp@omf.com | May 14 2025 19:29:56 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5493914 | | Email/PDF: cbp@omf.com | May 14 2025 19:30:01 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5486362 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2025 19:29:57 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5507133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2025 19:29:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5486363 | | Email/Text: bankruptcy@possiblefinance.com | May 14 2025 19:25:00 | Possible Finance, 2231 First Ave Ste B, Seattle, WA 98121 |
| 5490097 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2025 19:25:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5507322 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2025 19:25:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5486365 | + | Email/Text: accountservices@redwaterlending.com | May 14 2025 19:25:00 | Red Water Lending, PO Box 158, Crandon, WI 54520-0158 |
| 5486366 | + | Email/Text: cs@securitycreditservicesllc.com | May 14 2025 19:25:00 | Security Credit, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 5486369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2025 19:30:02 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 5488169 | Email/Text: bknotice@upgrade.com | May 14 2025 19:25:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 5486372 | Email/Text: bknotice@upgrade.com | May 14 2025 19:25:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, San Francisco, CA 94111 |
| 5486375 | Email/Text: dispute@velocityrecoveries.com | May 14 2025 19:25:00 | Velocity Investments, Attn: Bankruptcy, 1800 Route 34N, Ste 305, Wall, NJ 07719 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5486342 | ##+ | Crane Finance, 2108 Grande Ave, Wausau, WI 54403-6912 |
| 5486370 | ##+ | The Gan Eden Group, P.O. Box 71, Batesland, SD 57716-0071 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Christie Joyce Bennett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00694−JAW
**Chapter:** 13

**In re:**

Christie Joyce Bennett
aka Christie J Bennett
1146 S Main St.
Forest, MS 39074

### Notice of Entry of Order Confirming Plan

The Court entered an Order on May 14, 2025 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: May 14, 2025                                         Danny L. Miller, Clerk of Court